LUDGER KUEHLER ET AL. V. TEXAS POWER CORPORATION.

Application No. 16391.   Decided February 6, 1929.
(13 S. W., 2d Series, 667.)

*Dietman & Gettinger* and *Wm. H. Russell,* for appellant.

*A. J. Wirtz* and *R. A. Weinert,* for defendant in error, in Court of Civil Appeals.

PER CURIAM:   We think the temporary injunction was rightly refused for the reasons given in paragraph two of the opinion of the Court of Civil Appeals as published in 9 S. W. (2d), pages 436 and 437, although we are inclined not to agree with the construction given to Article 7584 by that Court as applied to the water wheel.